**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEVIN RUSSELL** | § | **CIVIL ACTION NO.: 20-2327** |
| **Plaintiff** | § | |
| | § | **SECTION: E/2** |
| **Plaintiffs** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **GEICO CASUALTY COMPANY** | § | |
| **Defendant** | § | |
| | § | |
| **Defendants** | § | |

_____

## MOTION TO TRANSFER TO SECTION "A" AND CONSOLIDATE WITH BURRELL, et al v. GEICO CASUALTY COMPANY (19-14711)

**NOW INTO COURT**, through undersigned counsel, comes **DEVIN RUSSELL**, plaintiff in the above matters, who respectfully represent that:

1.

Both above captioned suits arise from automobile accidents which occurred on August 25, 2018 on HWY 80 in Calhoun, Ouachita Parish, Louisiana and on November 27, 2019 on Carrollton Avenue in New Orleans, Orleans Parish, Louisiana, involving plaintiff, **DEVIN RUSSELL**. Neither was his fault. Both suits have been filed against one defendant, **GEICO CASUALTY COMPANY** for damages sustained by **DEVIN RUSSELL**.

2.

**DEVIN RUSSELL** had not recovered from the injuries that he sustained in the accident of August 25, 2018 at the time of the accident of November 27, 2019. The

accident of November 27, 2019 aggravated his lower back injuries from the August 25, 2018 accident. He was treated by the same doctors after both accidents.

3.

Both suits involve common issues of law and fact, are pending in the same Court, and employ the same form of procedure.  Judicial economy would be served by a consolidation of these suits, and all parties would be spared much needless expense and avoid the possibility of inconsistent verdicts.  Justice would be better served by obtaining a uniform decision as to all causes of action in one trial.

4.

In accordance with *28 U.S.C § 1404* and *United States District Court Local Rule 3.1*, Mover pray for a consolidation of the above pending cases.

5.

The defendant, GEICO CASUALTY COMPANY has objected to this transfer and consolidation. In the event this motion is granted, mover requests that all costs be assessed to GEICO CASUALTY COMPANY.

                                         **Respectfully Submitted:**

                                         __/s/ Allen Burrell__
                                         **ALLEN BURRELL (37621)**
                                         THE BURRELL FIRM LLC
                                         201 Saint Charles Avenue Ste. 2500
                                         New Orleans, LA, 70170
                                         (504) 475-7578 Telephone
                                         (888) 612-8901 FAX
                                         **Attorneys for Plaintiffs'**