UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEVIN RUSSELL** § | **CIVIL ACTION NO.: 20-2327** |
| **Plaintiff** § | |
| § | **SECTION: E/2** |
| **Plaintiffs** § | |
| § | |
| **VERSUS** § | |
| § | |
| **GEICO CASUALTY COMPANY** § | |
| **Defendant** § | |
| § | |
| **Defendants** § | |

_____

# NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the MOTION TO TRANSFER TO SECTION "A" AND CONSOLIDATE WITH BURRELL, et al v. GEICO CASUALTY COMPANY (19-14711) hereby set for submission before District Judge Susie Morgan on September 16, 2020 at 10:00 a.m.

                                         **Respectfully Submitted:**
                                         __/s/ Allen Burrell_____
                                         **ALLEN BURRELL (37621)**
                                         THE BURRELL FIRM LLC
                                         201 Saint Charles Avenue Ste. 2500
                                         New Orleans, LA, 70170
                                         (504) 475-7578 Telephone
                                         (888) 612-8901 FAX
                                         **Attorneys for Plaintiffs'**

# CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served on all counsel of record by electronic mail and/or ECF on this 24th day of AUGUST, 2020.

                                  /s/ Allen Burrell
                              _____
                                  ALLEN BURRELL