## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEVIN RUSSELL** | § | **CIVIL ACTION NO.: 20-2327** |
| **Plaintiff** | § | |
| | § | **SECTION: E/2** |
| **Plaintiffs** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **GEICO CASUALTY COMPANY** | § | |
| **Defendant** | § | |
| | § | |
| **Defendants** | § | |

_____

### MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER TO SECTION "A" AND CONSOLIDATE WITH BURRELL, et al v. GEICO CASUALTY COMPANY (19-14711)

**MAY IT PLEASE THE COURT:**

Devin Russell submits this MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER TO SECTION "A" AND CONSOLIDATE WITH BURRELL, et al v. GEICO CASUALTY COMPANY (19-14711).

### STATEMENT OF FACTS

Both cases at issue concern underinsured motorist claims made by Devin Russell and against GEICO Casualty Company and the accompanying breach of contract for accidents that have occurred on August 25, 2018 and November 27, 2019. Both suits originated in Orleans Parish Civil District Court. Both suits were subsequently removed pursuant to 28 U.S.C. §§1332, 1441 and 1446. Both matters are currently pending in the United States District Court, Eastern District of Louisiana, bearing docket numbers 19-14711 and 20-2327.

GEICO CASUALTY COMPANY are represented by the same attorneys in both suits.

## LAW AND ARGUMENT

This matter should be transferred to Section "A" and consolidated with the Burrell, et al

v. GEICO Casualty Company case pursuant to *28 U.S.C. § 1404* which provides:

(b) Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a

civil nature of any motion or hearing thereof, may be transferred, in the discretion of the

Court, from the division in which pending to any other division in the same district.

Transfer of proceedings in rem brought by or on behalf of the United States may be

transferred under the section without the consent of the United States where all other

parties request transfer.

*20 U.S.C. §1404.*

Furthermore, pursuant to Uniform Local Rules of the United States District Courts for

the Eastern, Middle and Western Districts of Louisiana, Local Rule 3.1 involves "civil matters,

commenced in or removed to the Court, that involve subject matter that either comprises all of a

material part of the subject matter or operative facts of another action." Specifically, Local Civil

Rule 3.1.1 E and M provides:

"In order to promote judicial economy and conserve judicial resources, and to avoid the

potential for forum shopping and conflicting court rulings, all actions described in L.R.

3.1.1 shall be transferred to the section to which the matter having the lowest docket

number has been allotted, unless the two Judges involved determine that some other

procedure is in the interest of justice."

Regarding consolidation of actions, *Federal Rule of Civil Procedure 42* provides the following:

(a) Consolidation.

If actions before the Court involve a common question of law or fact, the Court may:

1. Join for hearing or trial any or all matters at issue in the action;

2. Consolidate the actions; or

3. Issue any other Orders to avoid any unnecessary costs or delay.

*Fed. R. Civ. P. 42.*

There is no question that the two cases share common issues of fact and law. Both the cases arise out of damage as a result of automobile accidents where plaintiff was insured by the sole defendant for underinsured motorist benefits. Further, the main factual and legal disputes of the parties to both actions concerns the valuation of the bodily injury damage to Devin Russell, as well as whether GEICO handled this case in an arbitrary and capricious manner. Trying these cases separately risks inconsistent determinations of the same factual and legal issues and the possibility for the defendant to continue to act in bad faith by pointing the finger for Devin's injuries to each other accident. Accordingly, judicial economy is best served by consolidation of these cases for trial and determination before this Court at the same time. Pursuant to *Federal Rule of Civil Procedure 42* and *28 U.S.C. §1404*, Devin Russell moves that this matter be transferred to Section "A," and consolidated with the Burrell, et al v. GEICO Casualty Company case bearing the docket number 19-14711 - the earlier filed matter.

**CONCLUSION**

FOR THE ABOVE AND FOREGOING REASONS, Devin Russell v. GEICO

CASUALTY COMAPNY bearing docket number 20-2327 should be transferred to Section "A"

and consolidated with Burrell, et al v. GEICO CASUALTY COMPANY bearing docket

number 19-14711.

**Respectfully Submitted:**

__/s/ Allen Burrell_____

Allen Burrell (**37621**)

The Burrell Firm LLC

201 St. Charles Ave. Ste 2500
New Orleans, LA, 70170
(504) 475-7578 Telephone
(888) 612-8901 FAX
**Attorneys for Plaintiff**
aburrell@tulane.edu

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of

record by electronic mail and/or ECF on this 24th day of AUGUST, 2020.

/s/ Allen Burrell

ALLEN BURRELL