## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEVIN RUSSELL** | § | **CIVIL ACTION NO.: 20-2327** |
| **Plaintiff** | § | |
| | § | **SECTION: E/2** |
| **Plaintiffs** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **GEICO CASUALTY COMPANY** | § | |
| **Defendant** | § | |
| | § | |
| **Defendants** | § | |

___

## <u>ORDER</u>

Considering the Plaintiff's MOTION TO TRANSFER TO SECTION "A" AND CONSOLIDATE WITH BURRELL, et al v. GEICO CASUALTY COMPANY (19-14711)

IT IS ORDERED that the Motion is hereby _____,

New Orleans, Louisiana, this _____ day of _____, 2020.


_____
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**